IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01707- ZLW

EDWIN MARK ACKERMAN,

    Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    On August 13, 2010, Applicant filed a Motion for Clarification (Doc. No. 14). The Motion is DENIED as moot. This case was dismissed by a judgment and an order filed on August 12, 2010.

    Dated: August 16, 2010